IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JESSE KAISER, Defendant. | No. CR11-0107-LRR <br><br> **ORDER** |

This matter comes before the court on the defendant's motion to terminate appointed counsel (docket no. 113). The defendant filed such motion on January 21, 2015. This case is closed, and appointed counsel is no longer representing the defendant. Nonetheless, it appears that the defendant does not want appointed counsel to receive notice of filings that he submits pro se. Accordingly, the motion to terminate appointed counsel is granted. The clerks office is directed to terminate appointed counsel.

**IT IS SO ORDERED**.

**DATED** this 26th day of January, 2015.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA